### 5838, 5839.   CASE THRESHING MACHINE CO. *v.* HODGES; and *vice versa*.

BROYLES, J.   1. This case is practically controlled by the decisions of the Supreme Court in *Brooks* v. *Case-Threshing Machine Co.*, 136 *Ga.* 754 (72 S. E. 40), and *Case Threshing Machine Co.* v. *Broach*, 137 *Ga.* 602 (73 S. E. 1063). The written contracts upon which the suits in those cases were based are substantially identical with the written contract in the instant case, and hence, under the rulings in those cases, the written contract in the case at bar was plain and unambiguous, and could not be added to or varied by any prior or contemporaneous parol promises or warranties made by the plaintiff. It follows that the answer and plea of the defendant as a whole, as finally amended, should have been stricken on demurrer, as the answer was a manifest effort to add to and vary by parol the terms of the unambiguous written contract between the parties, upon which the suit was brought.

2. The court erred in not sustaining the demurrer to the answer, and in overruling the motion for a new trial.

*Judgment reversed on the main bill of exceptions, and affirmed on the cross-bill.*

DECIDED MAY 10, 1915.

Complaint; from city court of Americus—Judge Harper. May 21, 1914.

*Ellis, Webb & Ellis,* for plaintiff.

*J. A. Hixon, W. P. Wallis,* for defendant.